UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5982-GW-SHKx | Date | November 3, 2023 |
|---|---|---|---|
| Title | *Transform Partners LLC v. DBEST Product, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - SCHEDULING ORDER**

The Court has read and considered the parties' Joint Rule 26(f) Report (ECF No. 29) and would tentatively set the following dates (to be discussed at the November 6, 2023 scheduling conference:

The parties are free to file any amendments to pleadings under Fed. R. Civ. P. 15 up until November 17, 2023. Thereafter, any amendments can only be made under Rule 16.
Defendants serve disclosure of asserted claims and infringement contentions – November 20, 2023
Plaintiff serves invalidity contentions – December 21, 2023
Deadline to amend pleadings – January 8, 2024
Deadline to exchange proposed terms for claim construction – January 8, 2024
Deadline to conduct ADR settlement conference – January 15, 2024
Deadline to exchange preliminary claim constructions – January 29, 2024
Joint claim construction and prehearing statement – February 15, 2024
Completion of claim construction discovery – March 14, 2024
Deadline for *simultaneous* opening claim construction briefs – March 28, 2024
Deadline for *simultaneous* responsive claim construction brief – April 18, 2024
Claim construction hearing – May 2, 2024 at 8:30 a.m.

Subsequent dates (including for trial and pre-trial) shall be discussed at the May 2 *Markman* hearing.

|  | : |
|---|---|
| Initials of Preparer | JG |