UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5982-GW-SHKx | Date | November 6, 2023 |
|---|---|---|---|
| Title | *Transform Partners LLC v. DBEST Product, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nicholas M. Zovko | Ehab M. Samel |
| Brian C. Claassen | David A. Randall |

**PROCEEDINGS:** TELEPHONIC SCHEDULING CONFERENCE

Court and counsel confer. The Court adopts the Scheduling Order issued on November 3, 2023 [31]. The parties may file further proposed dates by noon on April 30, 2024.

: 02

Initials of Preparer   JG