Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
**ORBIT IP, LLP**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Defendants,
*dbest products, Inc. and Richard Elden*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**TRANSFORM PARTNERS LLC**,

Plaintiff,

v.

**DBEST PRODUCTS, INC.**, and **RICHARD ELDEN**,

Defendants.

Case No. 23-5982-GW-SHKx

**DBEST PRODUCTS, INC.'S FIRST AMENDED COUNTERCLAIMS**

**JURY TRIAL DEMANDED**

Counterclaim Plaintiff dbest products, Inc. ("dbest") asserts counterclaims against Plaintiff/Counterclaim Defendant Transform Partners, LLC, doing business as Mount-It! ("Mount-It!"), as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement against Mount-It!, arising under the patent laws of the United States, 35 U.S.C. § 1 et seq.

## PARTIES

2. Counterclaim Plaintiff dbest is a California corporation having a principal place of business at 16506 Avalon Boulevard, Carson, California 90746.

3. dbest is a leading innovator and seller of portable carts. dbest has developed, marketed, and sold a highly successful line of portable carts, including collapsible portable carts, frequently featured on QVC, Inc.'s television commercials and its website.

4. Mount-It! is a California corporation having a principal place of business at 12113 Kirkham Road, Poway, California 92064.

5. Mount-It! offers and sells a wide variety of products, including the collapsible portable carts accused of infringement, through its own website, and through retailers including Amazon.com, Bed Bath & Beyond, Home Depot, Newegg, Office Depot, Quill Corp., Staples, Target, Wayfair, and Walmart, to customers and potential customers in California, in this judicial district and elsewhere in the United States.

6. These counterclaims against Mount-It! arise under the patent laws of the United States, 35 U.S.C. § 271 et seq. This Court has subject matter jurisdiction over these counterclaims under 28 U.S.C. § 1331, 1338(a).

7. Venue is proper in this judicial district because Mount-It! has committed acts of patent infringement in this district and is subject to personal jurisdiction in this district, where it has brought an action for declaratory judgment, tortious interference, and unfair competition against dbest and its CEO, Richard Elden.

## DBEST'S PATENTED DESIGN AND COMMERCIAL EMBODIMENTS

8. dbest owns a worldwide portfolio of intellectual property, including utility patents, design patents, and trademarks. It is dbest's policy and practice to prominently mark its products with the numbers of the patents that cover them in order to comply with 35 U.S.C. § 287.

9. Richard Elden, the founder and CEO of dbest, invented and designed a collapsible portable cart, which he developed into dbest's first product, the now famous original Quik Cart®.

10. dbest owns all rights, title, and interest in and to U.S. Design Patent No. D545,025 ("the '025 Patent"), filed on March 10, 2006, issued on June 19, 2007 to Richard Elden, and entitled "Collapsible Cart which functions as a transportable carrying box." The rights to dbest include all rights to enforce

and recover past damages for any and all infringement. A true and correct copy of the ’025 Patent is attached as **Exhibit A**.

11. dbest sells its Quik Cart® products, embodying its patented inventions, on its own website, on Amazon.com and on other retail sites. At all relevant times, dbest marked its products covered by the ’025 Patent with the patent number.

12. One of dbest’s original Quik Cart® products embodying the ’025 patent is shown below.

**<u>THE ACCUSED MOUNT-IT PRODUCTS</u>**

13. Mount-It! alleges that it has sold a Rolling Utility Cart, assigned SKU number MI-905 and ASIN B07763SM6WQ. Mount-It! alleges that it has

sold this cart "since at least April 25, 2018," which is after the March 10, 2006 priority date of dbest's '025 Patent.

14. As shown below, the Mount-It! Rolling Utility Cart appears to be a nearly identical copy of the design in the '025 Patent and dbest's original Quik Cart® shown above.

Mount-It! Rolling Utility Cart — The '025 Patent

15. Mount-It! alleges that it has sold a Rolling Collapsible Utility Cart, assigned SKU number MI-904 and ASIN B06WWG3L1T. Mount-It! alleges that it has sold this cart "[s]ince at least June 25, 2018," which is after the March 10, 2006 priority date of dbest's '025 Patent.

16. As shown below, the MI-904 also appears to be a nearly identical copy of the design in the '025 Patent and dbest's original Quik Cart® shown above.

17. Since at least as early as April 5, 2018, Mount-It! has also been selling a collapsible cart called the Rolling Mesh Utility Cart, assigned SKU number MI-906 and ASIN B0763TCX1V. The Mesh Rolling Utility Cart, as introduced in 2018 and still offered for sale at Walmart and other retailers, is shown above.

18. All three of the above-described Mount-It! collapsible rolling utility carts, regardless of whether they incorporate a slide-lock assembly, MI-904, MI-905, and MI-906 (collectively the "Accused Products"), infringe the '025 Patent.

**COUNT I**

**(Infringement of U.S. Design Patent No. D545,025)**

19. dbest realleges and incorporates by reference paragraphs 1-18 as if fully set forth in this paragraph.

20. Mount-It!'s Accused Products directly infringed the '025 Patent until it expired on June 19, 2021, literally and/or under the doctrine of equivalents, because, as shown below, in the eye of the ordinary observer, giving such attention as a purchaser usually gives, the design of each of the Accused Products is substantially the same as the patented design.

Fig. 2
MOUNT-IT!
MOUNT-IT!
Fig. 3
Fig. 4
Fig. 5

Fig. 6

Fig. 7

Fig. 8

21. For example, like the ’025 Patent, Mount it!’s MI-905 product has a rugged ornamental design for the sidewalls that is substantially similar to those shown in the ’025 Patent, with the left and right sidewalls each having two panels with a plurality of horizontal ribs. Similarly, each panel has an opening in the top portion of the panel as well as an opening in the top portion of the front wall. Like the ’025 Patent, the Mount it!’s MI-905 product only has a pair of wheels in the back, while the front has a

    protrusion extending from the bottom of the front wall. Moreover, like the ’025 Patent, Mount it!’s MI-905 product has a dual telescoping handle adjacent the back wall of the cart.

22. Any differences between Mount it!’s Accused Products and the ‘025 Patent are minor and/or trivial. Further, the presence or absence of a side-lock assembly does not have a substantial impact of the overall appearance of any of the Accused Products.

23. Mount-It! also indirectly infringed the ’025 Patent by inducing its customers to directly infringe it by using the Accused Products, and contributorily infringed the ’025 Patent by selling the Accused Products, which had no substantial non-infringing uses, to customers whose use necessarily infringed the ’025 patent.

24. Mount-It!’s direct and indirect infringement of the ’025 patent was willful.

25. Mount-It! engaged in this conduct with knowledge of the ’025 patent’s existence and with knowledge that the Accused Products infringed it and the use of the Accused Products by its customers directly infringed it.

**PRAYER FOR RELIEF**

Wherefore, dbest prays that the Court enter judgment in its favor and award the following relief against Mount-It!:

A. That the Court find that Mount-It! has infringed the ’025 Patent in violation of 35 U.S.C. § 271;

B. That the Court find that dbest’s case against Mount-It! is exceptional under 35 U.S.C. § 285 and order Mount-It! to pay dbest its reasonable attorney’s fees and costs;

C. That the Court award damages under 35 U.S.C. § 284 in an amount found to adequately compensate dbest for Mount-It!’s infringement, including disgorgement of Mount-It!’s profits;

D. That the Court find that enhanced damages for Mount-It!s willful infringement are warranted under 35 U.S.C. § 285 and award treble damages;

E. That the Court award interest on all monetary relief awarded;

F. That the Court award dbest such other relief as the Court deems just and proper.

**<u>REQUEST FOR JURY TRIAL</u>**

**(Fed. R. Civ. P. 38 (b)**

dbest demands a jury trial of all issues and claims triable by jury.

DATED: November 17, 2023 dbest products, Inc.

By: /s/ Ehab M. Samuel
Ehab M. Samuel (SBN 228296)
David A. Randall (SBN 156722)

*Attorneys for dbest products, Inc. and Richard Elden*