Nicholas M. Zovko (SBN 238,248)
nicholas.zovko@knobbe.com
Brian C. Claassen (SBN 253,627)
brian.claassen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone: (949) 760-0404/Facsimile: (949) 760-9502

*Attorneys for Plaintiff*
*TRANSFORM PARTNERS LLC*

Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
David A. Randall (SBN 156722)
dave@orbitip.com
ORBIT IP, LLP
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333/Fax: (310) 887-1334

Attorneys for Defendants,
*dbest products, Inc. and Richard Elden*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSFORM PARTNERS LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DBEST PRODUCTS, INC., and RICHARD ELDEN,<br><br>　　　　Defendants. | No. 2:23−cv−05982−GW−SHKx<br><br>**JOINT STATUS REPORT**<br><br>Hon. George H. Wu |
| DBEST PRODUCTS, INC.<br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>TRANSFORM PARTNERS LLC<br>　　　　Counterclaim Defendant. | |

Pursuant to the Court's February 21, 2024 Order regarding a post-mediation status conference (Dkt. No. 47), the parties hereby submit this Joint Status Report.

The parties have executed a confidential settlement agreement. Pursuant to the settlement agreement, the parties will file a joint stipulation of dismissal with prejudice by March 21, 2024.

                                Respectfully submitted,
                                KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 7, 2024         /s/ Nicholas M. Zovko
                                      Nicholas M. Zovko
                                      Brian C. Claassen

                                      *Attorneys for Plaintiff*
                                      *Transform Partners LLC*

                                ORBIT IP, LLP

Dated: March 7, 2024         /s/ Ehab M. Samuel
                                      Ehab M. Samuel
                                      David A. Randall

                                      *Attorneys for Defendants*
                                      *dbest products, Inc. and Richard Elden*

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Nicholas M. Zovko, attest that all other |
| 3 | signatories listed above, and on whose behalf the filing is submitted, concur in |
| 4 | the filing's content and have authorized the filing. |
| 5 | |
| 6 | Dated:                                    By: */s/ Nicholas M. Zovko* <br>                                                  Nicholas M. Zovko |