JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| TRANSFORM PARTNERS LLC<br><br>          Plaintiff,<br><br>   v.<br><br>DBEST PRODUCTS, INC., and RICHARD ELDEN,<br><br>          Defendants. | No. CV 23-5982-GW-SHKx<br><br>**ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE**<br><br><br>Honorable George H. Wu |
| DBEST PRODUCTS, INC.<br>          Counterclaim Plaintiff,<br><br>   v.<br><br>TRANSFORM PARTNERS LLC<br>          Counterclaim Defendant. | |

The Court, having been advised by the parties that this action has been resolved by a Joint Stipulation of Dismissal with Prejudice, hereby ORDERS as follows:

- The above captioned action and all claims and counterclaims asserted by the parties are hereby dismissed with prejudice;
- All proceedings in the case are vacated and taken off calendar; and
- The Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement between the parties.

IT IS SO ORDERED.

Dated: March 19, 2024

_____
HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE